UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 26, 2018
David J. Bradley, Clerk

| | |
|---|---|
| Nancy van Mourik, § | |
| § | |
| Plaintiff, § | |
| § | |
| versus § | Civil Action H-18-2593 |
| § | |
| Big Heart Pet Brands, Inc., § | |
| § | |
| Defendant. § | |

## Final Dismissal

Having been advised by Nancy van Mourik that she is no longer pursuing her claims against Big Heart Pet Brands, Inc., this case is dismissed without prejudice. (84)

Signed on September 25, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge